1  Michael J. McCue (NV Bar No. 6055)
   MMcCue@LRLaw.com
2  Jonathan W. Fountain (NV Bar No. 10351)
   JFountain@LRLaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
5  Fax: (702) 949-8398

6  Attorneys for Plaintiff
   Las Vegas Sands Corp.

7

8

9                          **UNITED STATES DISTRICT COURT**

10                             **DISTRICT OF NEVADA**

11

12  LAS VEGAS SANDS CORP., a Nevada
    corporation,

13                        Plaintiff,                    **TEMPORARY RESTRAINING ORDER,
                                                        ORDER FOR ALTERNATIVE**
14        v.                                            **SERVICE, AND ORDER SETTING
                                                        HEARING AND BRIEFING SCHEDULE**
15  TRAFFIC LABEL LIMITED, a business                   **ON PLAINTIFF'S MOTION FOR
    organization of the United Kingdom,                 PRELIMINARY INJUNCTION**
16
                          Defendant.
17

18        **UPON CONSIDERATION** of the motion filed by Plaintiff Las Vegas Sands Corp.

19  ("LVSC") for an *ex parte* temporary restraining order, for alternative service, and for a

20  preliminary injunction, the supporting memorandum of points and authorities, the supporting

21  declarations of Gayle M. Hyman and Jonathan W. Fountain, the record in this case, and for other

22  good cause shown;

23        **THE COURT HEREBY FINDS THAT**:

24        1.     LVSC will suffer irreparable injury to its valuable trademarks and associated

25  goodwill if the Defendant is not temporarily enjoined and restrained from transferring the

26  <lasvegassandscorp.com> domain name to other domain name registrars located outside the

27  Court's jurisdiction, or from transferring its registration for the <lasvegassandscorp.com>

28  domain name to other persons or entities located outside the Court's jurisdiction;

2914088.1

2.      LVSC is likely to succeed on the merits of its claims for cybersquatting, trademark infringement and false designation of origin;

3.      The balance of hardships tips in LVSC's favor because a temporary restraining order would merely place the <lasvegassandscorp.com> domain name on hold and lock pending trial, and the failure to issue a temporary restraining order would cause LVSC to suffer additional irreparable injury and incur additional expense if the <lasvegassandscorp.com> domain name is transferred to other registrants during the pendency of this action, requiring LVSC to file additional lawsuit(s) in other jurisdictions;

4.      The issuance of a temporary restraining order is in the public interest because it would protect consumers against deception and confusion arising from domain names containing the Las Vegas Sands Corp. corporate name or LVSC's trademarks, and from the use of the Las Vegas Sands Corp. corporate name or LVSC's trademarks, by persons other than LVSC; and

5.      Defendant will suffer minimal damage, if any damage at all, by the issuance of a temporary restraining order; accordingly, a nominal bond in the amount of $100 is reasonable security.

**THEREFORE, IT IS HEREBY ORDERED THAT**, pending a full trial on the merits:

1.      GoDaddy.com, Inc. ("GoDaddy") (the domain name registrar) shall immediately remove or disable the domain name server ("DNS") information for the <lasvegassandscorp.com> domain name, shall place the <lasvegassandscorp.com> domain name on hold and lock, and deposit it into the registry of the Court; and

2.      Defendant, including without limitation, all of its respective partners, officers, agents, servants, employees, and all other persons acting in concert or participation with Defendant, are hereby temporarily restrained and enjoined from: (A) registering or trafficking in any domain name containing the Las Vegas Sands Corp. corporate name or the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and (B) using the Las Vegas Sands Corp. corporate name or the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to,

2914088.1

1    on any website or within any hidden text or metatags within any website).

2    **IT IS HEREBY FURTHER ORDERED THAT:**

3    1.    Upon the issuance of this order, LVSC shall provide security for this temporary

4 restraining order by tendering $100 cash to the Clerk of the Court pursuant to Local Rule 67-1;

5    2.    LVSC may serve the Summons and Complaint by email to the email address

6 Defendant has maintained with GoDaddy (*i.e.*, support@trafficlabel.com), and by registered

7 mail, in lieu of any other method of service required or permitted by Rules 4 and/or 5 of the

8 Federal Rules of Civil Procedure;

9    5.    LVSC may serve all other pleadings, orders, motions, notices, and papers in this

10 case upon Defendant by e-mail transmission to the email address Defendant has maintained with

11 GoDaddy (*i.e.*, support@trafficlabel.com) in lieu of any other method of service required or

12 permitted by Rules 4 and/or 5 of the Federal Rules of Civil Procedure;

13    6.    The parties shall appear for hearing and oral argument on LVSC's motion for

14 preliminary injunction on ____July____ 2, 2012, at _9:00_ _a_.m. in Courtroom _6D_ , at the

15 Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada;

16    7.    Defendant shall file and serve its opposition brief to LVSC's motion for

17 preliminary injunction, if any, no later than ____June 26____, 2012; and

18    8.    LVSC shall file and serve its reply brief in support of its motion for preliminary

19 injunction no later than _June 29_____, 2012.

20    ENTERED: this _20th_ day of June, 2012 at _9:45_ am.

21

22    _____
   **UNITED STATES DISTRICT JUDGE**

23

24

25

26

27

28

2914088.1