1  Michael J. McCue (NV Bar No. 6055)
   MMcCue@LRLaw.com
2  Jonathan W. Fountain (NV Bar No. 10351)
   JFountain@LRLaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
5  Fax: (702) 949-8398

6  Attorneys for Plaintiff
   Las Vegas Sands Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LAS VEGAS SANDS CORP., a Nevada corporation, | Case No. 2:12-cv-01043-KJD -CWH |
|---|---|
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | |
| TRAFFIC LABEL LIMITED, a business organization of the United Kingdom, | |
| Defendant. | |

2914090.1

**UPON CONSIDERATION** of the motion filed by Plaintiff Las Vegas Sands Corp. ("LVSC") for an *ex parte* temporary restraining order, for alternative service, and for preliminary injunction, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown;

**THE COURT HEREBY FINDS THAT**:

1. LVSC will suffer irreparable injury to its valuable trademarks and associated goodwill if the Defendant is not preliminarily enjoined from transferring the <lasvegassandscorp.com> domain name to other domain name registrars located outside the Court's jurisdiction, or from transferring its registration for the <lasvegassandscorp.com> domain name to other persons or entities located outside the Court's jurisdiction;

2. LVSC is likely to succeed on the merits of its claims for cybersquatting, trademark infringement, and false designation of origin;

3. The balance of hardships tips in LVSC's favor because a preliminary injunction would merely place the <lasvegassandscorp.com> domain name on hold and lock pending trial, and the failure to issue a preliminary injunction would cause LVSC to suffer additional irreparable injury and incur additional expense if the <lasvegassandscorp.com> domain name is transferred to other registrants during the pendency of this action, requiring LVSC to file additional lawsuit(s) in other jurisdictions;

4. The issuance of a preliminary injunction is in the public interest because it would protect consumers against deception and confusion arising from domain names containing the Las Vegas Sands Corp. corporate name or LVSC's trademarks, and from the use of the Las Vegas Sands Corp. corporate name or LVSC's trademarks, by persons other than LVSC; and

5. Defendant will suffer minimal damage, if any damage at all, by the issuance of a preliminary injunction; accordingly, a nominal bond in the amount of $100 is reasonable security.

**THEREFORE, IT IS HEREBY ORDERED THAT**, pending a full trial on the merits:

1. The registration for the <lasvegassandscorp.com> domain name shall be immediately transferred to LVSC; GoDaddy.com, Inc. (the domain name registrar) and/or

1 VeriSign, Inc. (the ".com" registry) shall, upon receiving notice of this preliminary injunction, change the registrar of record to a registrar selected by Plaintiff, who shall subsequently register the <lasvegassandscorp.com> domain name in the name of Plaintiff; the hold and lock placed on the domain name by the Court's temporary restraining order shall remain in place after the domain name registration has been transferred to Plaintiff;

2. Defendant, including without limitation, all of its respective partners, officers, agents, servants, employees, and all other persons acting in concert or participation with Defendant, are hereby preliminarily enjoined from: (A) registering or trafficking in any domain name containing the Las Vegas Sands Corp. corporate name or the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and (B) using the Las Vegas Sands Corp. corporate name or the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to, on any website or within any hidden text or metatags within any website); and

3. The $100 cash deposit previously made by Plaintiff shall remain on deposit with the Clerk of the Court as security for this preliminary injunction pending the final disposition of this case.

ENTERED: this __2__ day of July, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

2914090.1