Michael J. McCue (NV Bar No. 6055)
MMcCue@LRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
LAS VEGAS SANDS CORP.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC LABEL LIMITED, a business organization of the United Kingdom,<br><br>Defendant. | Case No. 2:12-cv-01043-KJD-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND OTHER RELIEF** |

Plaintiff Las Vegas Sands Corp. ("Plaintiff" and/or "LVSC"), having moved the Court for entry of default judgment against Defendant Traffic Label Limited ("Defendant" and/or "Traffic Label") pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court, having entered Defendant's default on July 17, 2012, and, the Court having given due consideration to Plaintiff's motion, as well as the papers, pleadings, declarations, and exhibits offered in support thereof, and the Court being otherwise further fully advised, Plaintiff's motion is granted.

JUDGMENT is awarded in favor of Plaintiff and against Defendant. The Court hereby FINDS the following:

1. Las Vegas Sands Corp. owns U.S. trademark rights in the SANDS trademark, including the following United States trademark registrations (hereinafter the "SANDS Marks"):

| Mark | U.S. Reg. No. | U.S. Reg. Date | Goods and Services |
|---|---|---|---|
| SANDS | 4042291 | 10/18/2011 | Hotel, restaurant, bar services, catering services, providing facilities for conventions, banquets, social functions, fund raising and special events. |
| SANDS | 3850500 | 9/21/2010 | Casino services; gambling services; gaming services; entertainment services in the nature of boxing contests and art exhibition; arranging of seminars and conferences; educational demonstrations; rental of portable stages; rental of audio-visual equipment; preparation of special effects for trade show booths and exhibitions; entertainment, namely, lighting production. |
| *Sands* (logo) | 1209102 | 9/14/1982 | Entertainment Services-Namely, Providing Stage Show, Gambling and Casino Services. |
| *Sands* (logo) | 3838397 | 8/24/2010 | Casino services; gambling services; gaming services; Entertainment services in the nature of boxing contests and art exhibitions; arranging of seminars and conferences; educational demonstrations; rental of audio-visual equipment; rental of portable stages; rental of audio-visual equipment; preparation of special effects for trade show booths and exhibitions; entertainment, namely, lighting production. |
| Sands EXPO (logo) | 3504043 | 9/23/2008 | Providing and rental of exhibition stands and booths including respective equipment; organizing exhibitions for commercial or advertising purposes; planning and conducting of trade fairs, exhibitions and presentations for economic or advertising purposes; consultation relating to trade fairs; rental of advertising space; rental of office machinery and equipment. |
| Sands ECO 360° GLOBAL SUSTAINABLE DEVELOPMENT (logo) | 3930913 | 3/15/2011 | Providing convention facilities; Resort hotels |

3. Las Vegas Sands Corp. owns the exclusive right to use the SANDS Marks in commerce in connection with casino services;

3. Traffic Label Limited registered the <lasvegassandscorp.com> domain name with a bad faith intent to profit therefrom;

6. Traffic Label Limited is liable to Las Vegas Sands Corp. for cybersquatting pursuant to the Anti-cybersquatting Consumer Protection Act;

7. Absent a permanent injunction, should Traffic Label Limited's use of marks identical to or confusingly similar to the SANDS Marks continue, Las Vegas Sands Corp. will

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

-2-

continue to suffer irreparable injury to the goodwill and reputation Las Vegas Sands Corp. has established in the SANDS Marks, for which an award of money damages would be inadequate;

8. The balance of hardships associated with a permanent injunction weighs in favor of Las Vegas Sands Corp. and against Traffic Label Limited; and

9. The public interest in favor of preventing consumer confusion weighs in favor of granting Las Vegas Sands Corp. a permanent injunction against Traffic Label Limited.

Accordingly, IT IS HEREBY ORDERED that Traffic Label Limited, along with its agents, servants, employees and/or all other persons acting in concert or participation with it a hereby PERMANENTLY ENJOINED: (1) from making any use of the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text, or in metatags); and (2) from maintaining registrations for, registering, or trafficking in any domain name containing the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, including but not limited to the <lasvegassandscorp.com> domain name;

IT IS HEREBY FURTHER ORDERED that the domain name registration for the <lasvegassandscorp.com> domain name be forfeited and transferred to Las Vegas Sands Corp.;

IT IS HEREBY FURTHER ORDERED that the current registrar of the <lasvegassandscorp.com> domain name and/or the ".com" registry, including, without limitation, GoDaddy.com, Inc., shall forthwith transfer the registration for the <lasvegassandscorp.com> domain name to Las Vegas Sands Corp.;

IT IS HEREBY FURTHER ORDERED that Traffic Label Ltd. shall pay Las Vegas Sands Corp. damages in the amount of $100,000.00 pursuant to the Anti-cybersquatting Consumer Protection Act;

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall refund the $100.00 cash deposit paid by Las Vegas Sands Corp. by mailing a check in the amount of $100 to Las Vegas Sands Corp.'s counsel of record;

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1–28

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction of this case for the purpose of enforcing this order; and

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall prepare and enter a separate judgment consistent with the terms of this order.

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 13th, 2012

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

-4-